JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JADE FINDLEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>AVENUE5 RESIDENTIAL LLC, a Washington Corporation; WALT SMITH, an individual; and DOES 1-50,<br><br>    Defendants. | Case No. 2:20-CV-11176-JFW (PDx)<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS INDIVIDUAL AND CLASS ACTION CLAIMS AGAINST DEFENDANTS**<br><br>Complaint filed:  September 10, 2020 (Los Angeles Superior Court Case No. 20STCV34958) |

1

The Court, having considered the Parties' Joint Stipulation to Dismiss Plaintiff's Individual and Class Action Claims Against Defendants, and good cause appearing, the Court issues the following order:

**IT IS HEREBY ORDERED** that

1. Plaintiff's individual and class action claims are hereby dismissed against all Defendants without prejudice;
2. No notice of dismissal to the proposed putative class members is required.

Date:   January 20, 2021

_____
HONORABLE JOHN F. WALTER

ORDER GRANTING JOINT STIPULATION TO DISMISS INDIVIDUAL AND CLASS ACTION CLAIMS AGAINST DEFENDANTS